■ CLARENCE F. RIORDAN et al., Respondents, v ROBERT F. HYLAND & SONS, INC., et al., Defendants, and BOCES OF ROCH-

ESTER, Appellant. [847 NYS2d 894]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Martoche, Lunn, Peradotto and Green, JJ.